# United States District Court

## *Southern District of Georgia*

MARLENE HYTON,

_____
Plaintiff

Case No.   4:21-cv-00163-WTM-CLR

**v.**

TITLEMAX FINANCING, INC

Appearing on behalf of
_____
Plaintiff Hyton

_____
Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 8th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:     Avi R. Kaufman
_____

Business Address:     Kaufman P.A.
_____
Firm/Business Name

400 NW 26th St.
_____
Street Address

_____  Miami      FL      33127
Street Address (con't)    City      State      Zip

_____
Mailing Address (if other than street address)

_____  _____  _____  _____
Address Line 2      City      State      Zip

305.469.5881
_____  _____
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:     kaufman@kaufmanpa.com
_____