IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARLENE HYTON, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TITLEMAX FINANCING, INC., a Florida Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. CV421-163<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Before the Court is Defendant TitleMax Financing's Motion to Dismiss. (Doc. 10.) In its motion, Defendant moved to dismiss Plaintiff's complaint for failure to state a claim. (Id. at 1.) Alternatively, Defendant moved for a more definite statement and for Plaintiff's class allegations to be dismissed. (Id. at 2.) Subsequently, Plaintiff filed an amended complaint which replaced its allegations against "TitleMax Funding, Inc."[1] with allegations against Defendant TitleMax of Virginia, Inc.[2] (Doc. 17.) Because Plaintiff has abandoned her claims against Defendant TitleMax

---

[1] Although Plaintiff named TitleMax Financing as the defendant in its original complaint, the factual allegations in the complaint were made against "TitleMax Funding, Inc.," a separate entity. (See, e.g., Doc. 1 at 2.) This inconsistency was a primary issue in Defendant TitleMax Financing's motion to dismiss. (Doc. 10 at 1.)

[2] Because Plaintiff is no longer bringing claims against TitleMax Financing, the Clerk is **DIRECTED** to amend the caption to substitute "TitleMax of Virginia, Inc." for "TitleMax Financing, Inc." as the defendant in this matter.

Financing, its motion to dismiss (Doc. 10) is **DISMISSED AS MOOT**. See Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that an amended complaint supersedes a previously filed complaint).

SO ORDERED this 24th day of August 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA