**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| MARLENE HYLTON, on behalf of herself and others similarly situated, | : | Case no. 4:21-cv-00163-RSB-CLR |
| Plaintiff, | : | |
| v. | : | |
| TITLEMAX OF VIRGINIA, INC., a Delaware corporation, | : | |
| Defendant. | : | |

# NOTICE OF SETTLEMENT

Plaintiff Marlene Hylton and Defendant TitleMax of Virginia, Inc. hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

Dated: September 25, 2024 Respectfully submitted,

| | |
|---|---|
| */s/ Avi R. Kaufman* | */s/ David B. Carpenter* |
| Avi R. Kaufman (FL Bar no. 84382) | David B. Carpenter (*pro hac vice*) |
| kaufman@kaufmanpa.com | Georgia Bar No. 292101 |
| Kaufman P.A. | Telephone: 404-881-7000 |
| 237 South Dixie Highway, 4th Floor | Email: david.carpenter@alston.com |

Coral Gables, FL 33133
Telephone: (305) 469-5881

Steven H. Koval (GA Bar no. 428905)
Steve@kovalfirm.com
The Koval Firm, LLC
3575 Piedmont Road, Bldg 15, Ste. 120
Atlanta, GA 30305
Telephone: (404) 513-6651

*Counsel for Plaintiff and the putative Class*

Christopher J. Kelleher
Georgia Bar No. 937613
Email: chris.kelleher@alston.com
Telephone: 404-881-7435
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309

Artin Betpera (*pro hac vice*)
California Bar No. 244477
**BUCHALTER P.C.**
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
Telephone: 949-224-6422
Email: abetpera@buchalter.com

Laura Renstrom (*pro hac vice*)
Florida Bar No. 0108019
**HOLLAND & KNIGHT LLP**
50 North Laura Street
Suite 3900
Jacksonville, Florida 32202
Telephone: 904-798-7222
Email: laura.renstorm@hklaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Local Rule 5.1 that on September 25, 2024, I filed a copy of the foregoing with the Court's CM/ECF system which will send a notice to all counsel of record.

*/s/ Avi R. Kaufman*
Avi R. Kaufman