IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARLENE HYLTON, on behalf of herself and others similarly situated, | : |
| | : |
| Plaintiff, | : Case no. 4:21-cv-00163-RSB-CLR |
| | : |
| v. | : |
| | : |
| TITLEMAX OF VIRGINIA, INC., a Delaware corporation, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marlene Hylton and Defendant TitleMax of Virginia, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: October 16, 2024     Respectfully submitted,

| | |
|---|---|
| /s/ Avi R. Kaufman | /s/ David B. Carpenter |
| Avi R. Kaufman (FL Bar no. 84382) | David B. Carpenter (*pro hac vice*) |
| kaufman@kaufmanpa.com | Georgia Bar No. 292101 |
| Kaufman P.A. | Telephone: 404-881-7000 |
| 237 South Dixie Highway, 4th Floor | Email: david.carpenter@alston.com |
| Coral Gables, FL 33133 | Christopher J. Kelleher |
| Telephone: (305) 469-5881 | Georgia Bar No. 937613 |
| | Email: chris.kelleher@alston.com |
| Steven H. Koval (GA Bar no. 428905) | Telephone: 404-881-7435 |

1

| | |
|---|---|
| Steve@kovalfirm.com<br>The Koval Firm, LLC<br>3575 Piedmont Road, Bldg 15, Ste. 120<br>Atlanta, GA 30305<br>Telephone: (404) 513-6651<br><br>*Counsel for Plaintiff and the putative Class* | **ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309<br><br>Artin Betpera (*pro hac vice*)<br>California Bar No. 244477<br>**BUCHALTER P.C.**<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>Telephone: 949-224-6422<br>Email: abetpera@buchalter.com<br><br>Laura Renstrom (*pro hac vice*)<br>Florida Bar No. 0108019<br>**HOLLAND & KNIGHT LLP**<br>50 North Laura Street<br>Suite 3900<br>Jacksonville, Florida 32202<br>Telephone: 904-798-7222<br>Email: laura.renstorm@hklaw.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Local Rule 5.1 that on October 16, 2024, I filed a copy of the foregoing with the Court's CM/ECF system which will send a notice to all counsel of record.

*/s/ Avi R. Kaufman*
Avi R. Kaufman

2